## In re ARNOLD R. et al.

Supreme Judicial Court of Maine.

Argued June 6, 1984.

Decided July 5, 1984.

The entry is:

Judgment affirmed.

All concurring.

## In re GAYLORD P.

Supreme Judicial Court of Maine.

Argued June 21, 1984.

Decided July 5, 1984.

Robert Marks (orally), Coopers Mills, for appellant Willard R.

James Eastman Smith, Asst. Atty. Gen. (orally), Augusta, for appellee.

Stephen Hayes (orally), Augusta, Guardian ad litem.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

### MEMORANDUM OF DECISION.

In this appeal the father of Arnold R. and three other children challenges the sufficiency of the evidence to support the District Court findings in terminating his parental rights pursuant to 22 M.R.S.A. § 4055(1)(B)(2) (Supp.1983–1984). After independently reviewing the District Court record, we conclude that the Court's findings are rationally supported by clear and convincing evidence. *See In Re Merton R.*, 466 A.2d 1268, 1269 (Me.1983).

Domenic P. Cuccinello (orally), Thomaston, for parents Wilfred P. and Joan P.

Christopher C. Leighton (orally), Nicholas M. Gess, Asst. Attys. Gen., Augusta, for appellee.

Galen P. Lagassey (orally), Rockland, Guardian ad litem.

Before McKUSICK, C.J., and NICHOLS, ROBERTS, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

On this appeal the parents of Gaylord P. challenge the sufficiency of the evidence to support the District Court's findings in terminating their parental rights pursuant to 22 M.R.S.A. § 4055(1)(B)(2) (Supp.1983–1984). After independently reviewing the District Court record, we conclude that the Court's findings are rationally supported by clear and convincing evidence. *See In Re Merton R.*, 466 A.2d 1268, 1269 (Me. 1983).

The entry is:

Judgment affirmed.

All concurring.